UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80820-ROSENBERG/MATTHEWMAN

BOCA VIEW CONDOMINIUM
ASSOCIATION, INC.,

      Plaintiff,

v.

ELEANOR LEPSELTER & EDWARD
LEPSELTER,

      Defendants.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon Defendants' Motion to Dismiss, DE 17, which was previously referred to the Honorable William Matthewman for a Report and Recommendation. On September 7, 2023, Judge Matthewman issued a Report and Recommendation recommending that the Motion be granted. DE 61. Plaintiff filed objections, DE 62, the Defendants responded, DE 63, and the Plaintiff replied, DE 64. The Court has conducted a *de novo* review of Magistrate Judge Matthewman's Report and Recommendation, the objections, and the record and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Matthewman's recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Matthewman's Report and Recommendation and concludes that Defendants' Motion should be granted for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Matthewman's Report and Recommendation, DE 62, is hereby

  **ADOPTED**;

2. Defendants' Motion to Dismiss, DE 17, is **GRANTED**;

3. Plaintiff's Objections, DE 62, are **DENIED**.

  **DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 10th day of October, 2023.

                     ROBIN L. ROSENBERG
                     UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record